# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

> Acknowledged. Case dismissed.
>
> JRS, DJ, 3/10/2025.
>
> Distribution to all counsel of record via CM/ECF.

| | |
|---|---|
| TIFANY GREEN,<br>on behalf of Plaintiff and the class members described herein,<br><br>Plaintiff,<br><br>v.<br><br>WLCC II d/b/a ARROWHEAD ADVANCE; WAKPAMNI LAKE COMMUNITY CORPORATION; WAKPAMNI LAKE COMMUNITY CORPORATION II; BRET A. CRANDALL; RAYCEN RAINES, III, also known as RAYCEN AMERICAN HORSE RAINES and formerly known as RAYCEN BALLARD; and JOHN DOES 1-20,<br><br>Defendants. | Case No. 1:24-cv-01178<br><br>Judge James R. Sweeney II<br>Magistrate Judge M. Kendra Klump |

## STIPULATION TO DISMISS

Now come the Parties Plaintiff Tifany Green ("Plaintiff") and Defendants WLCC II d/b/a Arrowhead Advance, Wakpamni Lake Community Corporation, Wakpamni Lake Community Corporation II, Bret A. Crandall, and Raycen Raines, III (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

*s/ Heather Kolbus*  
Daniel A. Edelman  
Heather Kolbus  

*s/ Carter R. Nichols (w/ consent)*  
Carter R. Nichols  
TROUTMAN PEPPER HAMILTON  

1

| | |
|---|---|
| EDELMAN, COMBS, LATTURNER<br>& GOODWIN, LLC<br>20 S. Clark Street, Suite 1800<br>Chicago, IL  60603<br>(312) 739-4200 | SANDERS LLP<br>222 Central Park Ave., Suite 200<br>Virginia Beach, VA 23462<br>(757) 687-7556 |